# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| WENDY FOOTE (AKA WENDY MILLER) ) <br> and JOHN FOOTE, ) <br> 5068 Sirron Court, ) <br> Dunwoody, GA 30338 ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KANA HOTELS, INC. ) <br> c/o Alpesh Patel – Statutory Agent ) <br> 308 N. Peters Road, Suite 100 ) <br> Knoxville, TN 37922-2327 ) <br> ) <br> and ) <br> ) <br> PARK HOTELS & RESORTS, INC., aka and/or ) <br> fka HILTON WORLDWIDE HOLDINGS, INC., ) <br> HILTON WORLDWIDE, INC., ) <br> HILTON HOTEL CORPORATION, ) <br> c/o Corporation Service Company ) <br> 2908 Poston Avenue ) <br> Nashville, TN 37203-1312 ) <br> ) <br> and ) <br> ) <br> EMBASSY SUITES MANAGEMENT, LLC ) <br> c/o Corporation Service Company ) <br> 2908 Poston Avenue ) <br> Nashville, TN 37203-1312 ) <br> ) <br> and ) <br> ) <br> K BREW, LLC ) <br> c/o Pierce Lamacchia ) <br> 3513 Luwana Road ) <br> Knoxville, TN 37917-1742, ) <br> ) <br>     Defendants. ) | **CIVIL ACTION NO.** <br><br>    3:23-cv-120 |

# **MOTION FOR ADMISSION PRO HAC VICE**

Comes now the undersigned, as counsel for the Plaintiffs Wendy Foote (aka Wendy Miller) and John Foote and moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn L.R. 83.5(b)(1). **FILING FEE = $90.00**

__X__    I am a member in good standing of the highest Court of the following state, territory or the District of Columbia (list all states):

Georgia

__X__    **AND** I am a member in good standing of another U.S. District Court.

A certificate of good standing from the United States District Court for the Northern District of Georgia for Jared M. Lina is attached.

I declare under penalty of perjury that the foregoing is true and correct.

**s/Jared Lina**_____
Jared M. Lina
Goldstein, Hayes & Lina, LLC
3060 Peachtree Rd NW Ste 1000
404-869-8600
jml@goldsteinhayes.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 5, 2023, the Clerk of Court was requested to file a copy of the foregoing Motion for Admission Pro Hac Vice. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                /s/ Clint J. Woodfin
                                                CLINT J. WOODFIN