

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JARED MATTHEW LINA, Georgia Bar No. 191099,** was duly admitted to practice in said Court on MARCH 10, 2008 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 31st day of March, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: *Kimberly Hatcher*
KIMBERLY HATCHER
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

      I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **JARED MATTHEW LINA, Georgia Bar No. 191099,** was duly admitted to practice in said Court on MARCH 10, 2008 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 31st day of March, 2023.

      KEVIN P. WEIMER
      CLERK OF COURT

By: *Kimberly Hatcher*
    KIMBERLY HATCHER
    Deputy Clerk

