

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JAMES ARTHUR GOLDSTEIN, Georgia Bar No. 300430,** was duly admitted to practice in said Court on OCTOBER 17, 1980 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 31st day of March, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: *Kimberly Hatcher*
KIMBERLY HATCHER
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**        }
                                    } ss.
**NORTHERN DISTRICT OF GEORGIA**    }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **JAMES ARTHUR GOLDSTEIN, Georgia Bar No. 300430,** was duly admitted to practice in said Court on OCTOBER 17, 1980 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 31st day of March, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By: *Kimberly Hatcher*
KIMBERLY HATCHER
Deputy Clerk

